IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| PAUL ELLIOT, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| THOMAS & BETTS CORPORATION, MICHAEL L. DUCKER, JEAN ANNE K. HAUSWALD, DEAN JEARNIGAN, RONALD B. KALICH, SR., KENNETH R. MASTERSON, DOMINIC J. PILEGGI, JEAN-PAUL RICHARD, RUFUS H. RIVERS, KEVIN L. ROBERG, DAVID D. STEVENS, ABB LTD., and EDISON ACQUISITION CORPORATION, ) ) ) ) ) ) ) ) ) ) | No. 12-2188-STA-dkv |
| Defendants. ) | |

_____

**ORDER REQUIRING STATUS REPORT**
_____

On April 10, 2012, the Court entered a Consent Order Staying Action (D.E. # 5) in order to allow the Parties to seek approval from the Chancery Court of Shelby County, Tennessee of a settlement which would resolve both that lawsuit as well as this lawsuit.

Since that date, the Parties have not informed the Court of the progress of that action. Additionally, in a similar case (2:12-cv-02235-JTF-cgc) a settlement was reached and the case dismissed. The Parties are therefore ordered to report to the Court the status of this case.

**IT IS SO ORDERED.**

                                           **s/ S. Thomas Anderson**
                                           S. THOMAS ANDERSON
                                           UNITED STATES DISTRICT JUDGE

                                           Date: October 16, 2013