IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PAUL ELLIOT, Individually and On Behalf of All Others Similarly Situated, </br></br>Plaintiff, </br></br>v. </br></br>THOMAS & BETTS CORPORATION, MICHAEL L. DUCKER, JEANANNE K. HAUSWALD, DEAN JERNIGAN, RONALD B. KALICH, SR., KENNETH R. MASTERSON, DOMINIC J. PILEGGI, JEAN-PAUL RICHARD, RUFUS H. RIVERS, KEVIN L. ROBERG, DAVID D. STEVENS, ABB LTD., and EDISON ACQUISITION CORPORATION, </br></br>Defendants. | Case No. 2:12-CV-2188-STA-dkv |

### JOINT STATUS REPORT

COME NOW the Parties, and in response to this Court's Order Requiring Status Report (Dkt. Entry 10), state as follows:

On April 10, 2012, this Court entered a Consent Order Staying Action (Dkt. Entry 5) to allow the Parties an opportunity to seek approval from the Chancery Court of Shelby County, Tennessee of a settlement which would resolve the matters before this Court. To date, no such settlement has been presented to the Chancery Court of Shelby County, Tennessee for approval.

**CONSENTED TO AND APPROVED BY:**

/s/Jonathan C. Hancock
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Leo Bearman, Jr. (TN #8363)
Jonathan C. Hancock (TN #18018)
Kristine L. Roberts (TN #23856)
First Tennessee Building
165 Madison Avenue
Memphis, Tennessee 38103
Ph.: (901) 577-8136
Fax: (901) 577-4202

OF COUNSEL:

Lawrence Portnoy
Scott B. Luftglass
Katherine Swan
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for the TNB Defendants*


/s/ Bill M. Wade
MORGAN & MORGAN, P.A.
Bill M. Wade (TN #21056)
1 Commerce Square, 26th Floor
Memphis, Tennessee 38103
Ph.: (901) 333-1841
Fax: (901) 333-1897

OF COUNSEL:

Robert N. Kaplan
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue,
New York, New York 10022
(212) 687-1980

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system on this the 22nd day of October, 2013.


                                            /s/ Jonathan C. Hancock